IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALFRED MOUSLEY and TERESA MOUSLEY, | § § § | No. 119, 2025 |
| Plaintiffs Below, Appellants, | § § § | Court Below–the Superior Court of the State of Delaware |
| v. | § § | C.A. No. S23C-10-027 |
| VINCENT OVERLOOK HOMEOWNERS ASSOCIATION, INC., a Delaware Corporation, | § § § § | |
| Defendant Below, Appellee. | § § § | |

Submitted: November 5, 2025
Decided: December 3, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion and Order dated February 28, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice